**UNITED STATES of America,**
**Appellee,**

v.

**Gregory Jerome CREE, Appellant.**

**No. 05–2927.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 6, 2006.

Filed: Oct. 11, 2006.

David D. Hagler, U.S. Attorney's Office, Bismarck, ND, for Appellee.

James G. Wolff, Mohall, ND, for Appellant.

Gregory Jerome Cree, Jamestown, ND, pro se.

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Gregory Cree appeals the sentence imposed by the district court[1] after he pleaded guilty, pursuant to a plea agreement, to a one-count information charging him with abusive sexual contact, in violation of 18 U.S.C. §§ 2244(a)(2), (c), 2247 and 1153. His counsel seeks to withdraw and argues in a brief filed under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), that imposing the statutory maximum prison term (144 months) was unreasonable.

1. The Honorable Daniel L. Hovland, Chief Judge, United States District Court for the District of North Dakota.

We enforce the broad appeal waiver included in the plea agreement: the plea colloquy reflects that Cree understood and voluntarily accepted the terms of the plea agreement, including the waiver; this appeal falls within the scope of the waiver, as the sentence did not exceed the advisory Guidelines range or the statutory maximum; and no injustice would result from enforcing the waiver. *See United States v. Andis,* 333 F.3d 886, 889–90 (8th Cir.2003) (en banc) (discussing enforceability of appeal waiver); *see also United States v. Estrada–Bahena,* 201 F.3d 1070, 1071 (8th Cir.2000) (per curiam) (enforcing appeal waiver in *Anders* case).

Accordingly, we dismiss the appeal and we grant counsel leave to withdraw.